UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS DANIEL LERMA-JARAS,<br><br>　　　　　　　　　Defendant. | Case No. MJ20-560<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |

　　　　I, JESUS DANIEL LERMA-JARAS, the above named defendant, acknowledge that I have been advised by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

　　　　I am scheduled to have the following hearing(s) on (fill in date): Initial Appearance on September 1, 2020.

　　　　I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order 02-__ regarding Emergency Hearings.  As a result, I cannot currently be personally present in open

court for this scheduled hearing.  Therefore, I wish to waive my right to be personally present in open court for the above-hearing(s), and acknowledge that my right to due process under the Constitution is best protected by moving forward with the hearing(s) by video/telephonic conference.

      I have discussed with my lawyer this consent to appear and participate by video/telephonic conference and have agreed to the same.

      I have also authorized by lawyer to electronically execute this form on my behalf.

Dated this 1st day of September, 2020

*/s/ Peter Mazzone*
Peter Mazzone, electronically executed,
On behalf of (Defendant)

DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
CONFERENCE - 2