Magistrate Judge Paula L. McCandlis

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ20-560PLM |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| JESUS LERMA-JARAS et. al, | |
| Defendants. | |

C. Andrew Colasurdo, Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//

NOTICE OF APPEARANCE- 1
*United States v. Lerma-Jaras et. al, MJ20-560PLM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

C. Andrew Colasurdo is now counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

> C. Andrew Colasurdo
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: (206) 553-4075
> Email: Andy.Colasurdo@usdoj.gov

DATED this 4th day of September, 2020.

> Respectfully submitted,
>
> BRIAN T. MORAN
> United States Attorney
>
> *s/ C. Andrew Colasurdo*
> C. ANDREW COLASURDO
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: (206) 553-4075
> Email: Andy.Colasurdo@usdoj.gov

NOTICE OF APPEARANCE- 2
*United States v. Lerma-Jaras et. al, MJ20-560PLM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record to the defendant(s).

*s/ Joseph Fonseca*
JOSEPH FONSECA
Docketing Technician
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4432
Fax Number: (206) 553-4440
Email: joseph.fonseca@usdoj.gov

NOTICE OF APPEARANCE- 3
*United States v. Lerma-Jaras et. al, MJ20-560PLM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970