# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS DANIEL LERMA-JARAS,<br><br>Defendant. | NO. CR20-146 JCC<br><br>ORDER CONTINUING DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 9th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE