Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JESUS DANIEL LERMA-JARAS, and
LIONEL GONZALEZ-TORRES,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  20-cr-146-JCC

UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND
DEADLINE FOR FILING PRETRIAL
MOTIONS

*Noting Date: October 16, 2020*

    Defendant Gonzalez-Torres, by and through his attorney of record, submits this Unopposed Motion to Continue Trial Date from the current date of November 9, 2020 to July 12, 2021. This continuance is necessary for new defense counsel to be prepared to effectively represent the Defendant at trial.

    The government has reviewed this motion and proposed order and has no objection to the proposed continuance.

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

This is the first motion to continue the trial date in this case. Waivers of speedy trial by both defendant s shall be filed separately.

BASIS FOR MOTION

The 12-Count Indictment (Dkt. No. 21) charges Defendants Lerma-Jaras and Gonzalez-Torres with Conspiracy to Distribute Heroin and Methamphetamine (Count One) as well as additional counts of Distribution of Heroin and/or Methamphetamine, and Possession with intent to distribute Heroin and/or Methamphetamine. Count One alleges quantities of heroin and methamphetamine which invoke the "ten-year mandatory minimum" (21 U.S.C. §841(b)(1)(A); and most of the other substantive offenses allege five-year or ten-year mandatory minimums.  Additionally, Defendant Lerma-Jaras is charged in Count 6 with Possession of a Stolen Firearm. The charging period for the conspiracy dates back to "a date unknown, but within the last five years" until February 13, 2020; and the offense date alleged in Count 12 against Defendant Gonzalez-Torres is September 20, 2020.

Discovery in this case is voluminous, and it will include extensive electronic information. The Seattle Police Department investigation of the defendants and related individuals dates back to late 2018. The investigation involves extensive surveillance and use of confidential sources. Additionally, the government's "Memorandum in Support of Detention" (Dkt. No. 15), alleges that the charges

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

against the defendants "stem from a single investigation" that has yielded two other indictments – see, case nos. 20-cr-136-JCC, and 20-cr-137-JCC. Extensive Title III wire intercepts, search warrants for 20 locations and 21 vehicles were involved in these related matters which may be deemed relevant to this case.

Review and analysis of this discovery will take at least several months. Additionally, because of the ongoing pandemic, defense counsel cannot meet in person with his client, which will dramatically slow the process of discovery analysis and trial preparation.

After careful consideration of the time necessary to be prepared to effectively represent the defendants in this case, defense counsel has determined that a date of July 12, 2020 will allow the parties to be prepared to effectively and efficiently try this matter.

AUTHORITY

Pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv), this Court has discretion to order the continuance of the existing trial date, and to exclude the delay from the speedy trial calculation to provide defense counsel with reasonable time necessary for effective preparation for trial and pre-trial motions.

Defendants Lerma-Jaras and Gonzalez-Torres both agree that this continuance is necessary and will separately submit their waivers of speedy trial through August 12, 2021.

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

RESPECTFULLY SUBMITTED this 6th day of October, 2020,

s/ Scott J. Engelhard
Scott J. Engelhard
WSBA #13963
Attorney for Defendant

CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Plaintiff

using the CM/ECF system.

Respectfully submitted this 6th day of October, 2020,

s/ Scott J. Engelhard
Scott J. Engelhard, WSBA #13963
Attorney for Defendant

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020