The Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESUS DANIEL LERMA-JARAS, ) <br> ) <br> Defendant ) | NO. CR20-146JCC <br><br> DEFENDANT JESUS LARMA-JARAS' WAIVER OF SPEEDY TRIAL RIGHTS |

I, JESUS DANIEL LERMA-JARAS, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act, do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial through July 31, 2021, or such time before that date as the Court shall decide. I also understand that if the court accepts this waiver, the Court will exclude the date of filing this pleading until July 31, 2021, in calculating the new speedy trial expiration date.

Defendant's Speedy Trial Waiver 1

Dated this __4__ day of __OCTOBER__, 2020

_____
JESUS DANIEL LERMA-JARAS/defendant

_____
Peter Mazzone WSBA #25262
Attorney for Defendant

Defendant's Speedy Trial Waiver 2

**SPANISH VERSION OF WAIVER OF SPEEDY TRIAL RIGHTS**

(CLIENT WAS PROVIDED SPANISH AND ENGLISH VERSIONS)

El Honorable Juez John C. Coughenour

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO OCCIDENTAL DE WASHINGTON
EN SEATTLE

| | |
|---|---|
| GOBIERNO DE LOS ESTADOS UNIDOS,<br><br>Querellante,<br><br>contra<br><br>JESÚS DANIEL LERMA-JARAS,<br><br>Acusado | NO. CR20-146JCC<br><br>ACUSADO JESÚS LERMA-JARAS' RENUNCIA A LOS DERECHOS DE JUICIO SIN DEMORA |

Yo, JESÚS DANIEL LERMA-JARAS, habiendo sido informado por mi abogado de mi derecho a un juicio sin demora, de conformidad con las disposiciones de la Sexta Enmienda, la Ley Federal de Juicio Rápido, 18 U.S.C. § 3161 y siguientes, y el Plan para la pronta resolución de los casos penales promulgado por el Tribunal de Distrito de los Estados Unidos para el Distrito Occidental de Washington de conformidad con la Ley federal de juicios rápidos, por la presente renuncio, con conocimiento de causa, voluntariamente y con el asesoramiento de mi abogado, a mi derecho a un juicio sin demora y doy mi consentimiento para que se aplace la fecha de mi juicio hasta el 31 de julio de 2021, o hasta el momento anterior a esa fecha que decida el Tribunal. También entiendo que, si el tribunal acepta esta

Defendant's Speedy Trial Waiver 1

renuncia, excluirá la fecha de presentación de este alegato hasta el 31 de julio de 2021 para calcular la nueva fecha de vencimiento del juicio sin demora.

Fechado el día  4  de  OCTOBER , 2020

*[firma]*
JESÚS DANIEL LERMA-JARAS/acusado

Peter Mazzone WSBA #25262
Abogado del acusado

Defendant's Speedy Trial Waiver 2

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, SUITE 302
EVERETT, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

CERTIFICATE OF SERVICE

I hereby certify that on the October 7, 2020, I electronically filed the foregoing (**both in English and Spanish**) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) and persons of record. I hereby certify that I have served all non CM/ECF participants via United States Postal Service.

s/ Aleshia Johnson

Aleshia Johnson
Paralegal
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
425-259-4989 (voice)
425-259-5994 (fax)
aleshiaj@mazzonelaw.com

Defendant's Speedy Trial Waiver 3

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, SUITE 302
EVERETT, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994