Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> (1)   JESUS DANIEL LERMA-JARAS and </br> (2)   LIONEL GONZALEZ-TORRES, </br></br> Defendants. | NO. 2:20-cr-00146-JCC </br></br> UNOPPOSED MOTION FOR ORDER APPOINTING COORDINATING DISCOVERY ATTORNEY |

**Motion**

COMES NOW Defendant, Jesus Daniel Lerma-Jaras, through his counsel of record Peter Mazzone individually and to benefit all court-appointed counsel and their defendants and moves this Court for an order under 18 U.S.C. § 3006A(b) appointing Russell M. Aoki as Coordinating Discovery Attorney ("CDA"). Mr. Aoki is one of five national Coordinating Discovery Attorneys under contract with the Administrative Office of the U.S. Courts, Defender Services Office. His role is to implement discovery management strategies that will increase the efficiency of review. Mr. Aoki has already been appointed on the related case of *U.S. v. Gonzalo Villasenor et al*. 2:20-cr-00137-JCC. The work he performs for the *Villasenor* matter can be shared with defense counsel for this matter.

UNOPPOSED MOTION FOR ORDER
APPOINTING COORDINATING
DISCOVERY ATTORNEY - 1

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, STE 302
EVERETT, WA 98201

The Government does not object.

**Basis for Motion to Appoint a CDA**

Two defendants are charged with conspiracy to possess with intent to distribute controlled substances and related offenses. The discovery is substantial and is anticipated to include thousands of pages of documents, thousands of wiretap interceptions from multiple cell phones, pen register data, photos, and surveillance videos. The discovery is related to this matter, *U.S. v. Gonzalo Villasenor et al*. 2:20-cr-00137-JCC, and *U.S. v. Laura Rodriguez-Moreno et al. 2:20-cr-00136-JCC.*

The large volume of discovery led counsel to seek the assistance of Mr. Aoki as a Coordinating Discovery Attorney. His role would be that of a consultant. He will advise counsel of the most efficient way to manage the discovery common to all defendants and implement a discovery management plan. His work will avoid duplicative time and costs organizing and searching key documents.

The Administrative Office of the U.S. Courts, Defender Services Office (DSO) funds a program to assist Criminal Justice Act Panel attorneys and Assistant Federal Public Defenders in matters involving voluminous electronic discovery. Under this program, DSO pays the fees of an attorney under contract with DSO and appointed by the Court to serve as Coordinating Discovery Attorney. A Coordinating Discovery Attorney reduces the time and money expended by appointed counsel in organizing, storing, and reviewing voluminous discovery in complex matters like this one. Mr. Aoki is under contract with DSO to work as a Coordinating Discovery Attorney. Although the cost of his time would be paid by DSO,

UNOPPOSED MOTION FOR ORDER
APPOINTING COORDINATING
DISCOVERY ATTORNEY - 2

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, STE 302
EVERETT, WA 98201

some of his work requires the help of outside litigation support technology companies.  For those services, he will petition this Court for funds.

Mr. Aoki has been appointed as a Coordinating Discovery Attorney in over 100 federal cases in 28 federal jurisdictions.  Mr. Aoki has experience strategizing how best to organize multiple types of discovery formats while being mindful of maintaining evidentiary integrity.  He would use this experience to create tools to assist defense counsel in organizing the voluminous discovery.  His work will not include representational services for any defendant.

None of the defense counsel has the same level of experience as Mr. Aoki organizing voluminous electronic discovery.  His work could save substantial time and costs in assessing and organizing the discovery, as opposed to all defense counsel and their staff learning about the tools to analyze such a large volume of materials.

For all the reasons set forth above, defense counsel respectfully requests this Court enter an order appointing Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney.

Dated this 13th day of October, 2020.

Respectfully submitted,

s/ Peter Mazzone
Peter Mazzone WSBA #25262
MAZZONE LAW FIRM PLLC
3002 COLBY AVENUE STE 302
EVERETT, WA 98201 425-259-4989
Email: Peterm@mazzonelaw.com

UNOPPOSED MOTION FOR ORDER
APPOINTING COORDINATING
DISCOVERY ATTORNEY - 3

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, STE 302
EVERETT, WA 98201

## CERTIFICATE OF SERVICE

I, Aleshia Johnson, Paralegal at Mazzone Law Firm, PLLC, hereby certify that on this 13th day of October, 2020, I electronically filed the foregoing pleading using the CM/ECF system which provides service to all parties including the plaintiff party.

*/s/ Aleshia Johnson*

Aleshia Johnson, Paralegal

UNOPPOSED MOTION FOR ORDER APPOINTING COORDINATING DISCOVERY ATTORNEY - 4

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, STE 302
EVERETT, WA 98201