THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS DANIEL LERMA-JARAS,<br><br>Defendant. | CASE NO. CR20-0146-JCC-1<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Jesus Daniel Lerma-Jaras' motion for review of detention order (Dkt. No. 37). Although Mr. Lerma-Jaras' motion is captioned as a motion to *review* the detention order, the Court understands it to be a motion to *reopen* the detention hearing. At the detention hearing, Mr. Lerma-Jaras "made no argument as to release, lodged no objections to the contents of the United States Probation and Pretrial report, and stipulated to detention." (Dkt. No. 7 at 2.) At the same time, his "attorney reserved the right to revisit the issue of detention should circumstances for the defendant change." (*Id.*)

The Court understands Mr. Lerma-Jaras' motion as a request to revisit the issue of detention, especially because it does not cite 18 U.S.C. § 3145, which governs this Court's review of a magistrate judge's detention decision. Accordingly, the Court REFERS Mr. Lerma-

Jaras' motion for review of detention order (Dkt. No. 37) to Magistrate Judge Michelle Peterson.

DATED this 2nd day of November 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER
CR20-0146-JCC-1
PAGE - 2