The Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JESUS DANIEL LERMA-JARAS, )<br>)<br>Defendant )<br>_____ ) | NO. CR20-146JCC<br><br><br>DEFENDANT'S REPLY TO<br>GOVERNMENT'S RESPONSE TO<br>DEFENDANT'S MOTION FOR<br>REVIEW OF DETENTION ORDER |

## REPLY

The government does not directly respond to Mr. Lerma-Jaras' argument as to why he should be released pending trial. Instead it simply regurgitates its interpretation of the "facts" of this case and then makes conclusory statements which we address below.

First, the government believes that Mr. Lerma-Jaras would be a danger to the community because of the "nature and circumstances of the charges" against him. Yet the government waited for two years before even indicting Mr. Lerma-Jaras and throughout that time he remained free without any concern on the part of the government. As a result, the government's newfound concern regarding Mr. Lerma-Jaras' dangerousness is disingenuous.

DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR REVIEW
OF DETENTION ORDER

Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989
FAX (425) 259-5994

Second, the government believes that "there is little reason for Lerma-Jaras to remain in the area to face these charges" and therefore, the government concludes, he is a flight risk. What the government fails to mention, however, is that Mr. Lerma-Jaras has a lovely, devoted wife and two adorable children that are, and always have been, the very reason for his existence. It necessarily follows that he has every reason to remain with them instead of fleeing, alone, to Mexico, where he has not been for at least twenty years.

We agree with the pre-trial services officer who correctly observed that "there appear to be conditions of release that would reasonably assure future Court appearances and address danger to other persons or the community." Therefore, we recommend that the defendant be released with all conditions recommended by pre-trial services officer Leona Nguyen.

Respectfully submitted this 5th day of November, 2020.

Peter Mazzone

_____
Peter Mazzone, WSBA #25262
Attorney for Defendant

DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR REVIEW
OF DETENTION ORDER

Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989
FAX (425) 259-5994