THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR20-0146-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JESUS DANIEL LERMA-JARAS, and LIONEL GONZALEZ-TORRES, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Jesus Daniel Lerma-Jaras's *pro se* motions to dismiss (Dkt. Nos. 52, 53) and Defendant Lionel Gonzalez-Torres's motion to unseal the motions to dismiss (Dkt. No. 56). The Court ORDERS counsel for Defendant Jesus Daniel Lerma-Jaras to notify the Court within fourteen days of the date of this order: (1) whether he objects to the Court unsealing Mr. Lerma-Jaras's *pro se* motions to dismiss and, if so, the basis for maintaining them under seal and (2) whether the Court should set a briefing schedule for the motions now.

//

//

DATED this 11th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk