THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JESUS DANIEL LERMA-JARAS, and LIONEL GONZALEZ-TORRES, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 11, 2021, the Court entered a Minute Order directing counsel for Mr. Lerma-Jaras to advise the Court within 14 days (1) whether he objects to the Court unsealing Mr. Lerma-Jaras's *pro se* motions to dismiss and, if so, the basis for maintaining them under seal and (2) whether the Court should set a briefing schedule for the motions. Mr. Lerma-Jaras's counsel did not respond by the deadline. The Court now provides him with a final opportunity to respond. If he does not respond by Friday, April 2, 2021 at 5:00 p.m., the Court will unseal the motions.

//

//

MINUTE ORDER
CR20-0146-JCC
PAGE - 1

1    DATED this 31st day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-0146-JCC
PAGE - 2