THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JESUS DANIEL LERMA-JARAS, and LIONEL GONZALEZ-TORRES, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Lerma-Jaras's unopposed motions for an extension of time to respond to the Court's minute orders regarding Mr. Lerma-Jaras's *pro se* motions to dismiss (Dkt. Nos. 60, 61.) Having reviewed the relevant record and finding good cause, the Court hereby GRANTS the motions. Counsel for Mr. Lerma-Jaras shall respond to the Court's questions in Docket No. 58 by April 15, 2021.

DATED this 1st day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk