The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA, <br> Plaintiff, <br> vs. <br> JESUS DANIEL LERMA-JARAS, <br> Defendant. | NO. 20-CR-00146-JCC <br><br> DEFENDANT JESUS DANIEL LERMA-JARAS' WAIVER OF SPEEDY TRIAL RIGHTS |

I, JESUS DANIEL LERMA-JARAS, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act, do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial through May 30, 2022, or such time before that date as the Court shall decide. I also understand that if the court accepts this waiver, the Court will exclude the date of filing pleading until May 30 2022, calculating the new speedy trail expiration date.

DEFENDANT'S SPEEDY TRIAL WAIVER
(No. 21-CR-00107-RSM-1) - 1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

DATED this 26 day of August, 2021.

_____
JESUS DANIEL LERMA-JARAS, Defendant

I have translated this form into a language to which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered not given advice nor personal opinions.

_____
Ixtla Malagon, Interpreter
Date: August 26, 2021

_____
KEN THERRIEN, WSBA #20291
Attorney for Defendant

DEFENDANT'S SPEEDY TRIAL WAIVER
(No. 21-CR-00107-RSM-1) - 2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Erin Becker, Assistant United States Attorney
- Lyndsie Rebecca Schmalz, Assistant United States Attorney

      *s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Cesar Arambula
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DEFENDANT'S SPEEDY TRIAL WAIVER
(No. 21-CR-00107-RSM-1) - 3

KEN THERRIEN, PLLC
413 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991