THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS DANIEL LERMA-JARAS and<br>LIONEL GONZALEZ-TORRES,<br><br>　　　　　　　　　Defendants. | CASE NO. CR20-0146-JCC<br><br>ORDER |

　　　　This matter comes before the Court on Defendant Jesus Daniel Lerma-Jaras's Motion to Continue Trial and Pretrial Motion Deadlines. (Dkt. No. 74.) Defendant represents that the Government does not oppose the requested continuance. (*Id.* at 2.) Defendant Lionel Gonzalez Torres did not respond to the motion. Having considered Defendant's motion and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained below.

　　　　Trial in this case is currently set for November 8, 2021, with pretrial motions due October 4, 2021. (Dkt. No. 67.) Defendant's counsel seeks a continuance as a result of his busy trial schedule, which includes a murder trial that would overlap with a key pretrial period and therefore deny defense counsel the time needed to review discovery, investigate, prepare pretrial motions, and prepare for trial in this case. (*See* Dkt. No. 74 at 2.)

ORDER
CR20-0146-JCC
PAGE - 1

This case is related to two others, *United States v. Rodriguez-Moreno*, CR20-0136-JCC and *United States v. Villasenor*, CR20-0137-JCC, which collectively involve more than 20 defendants and, allegedly, multiple conspiracies to distribute controlled substances. *See Rodriguez-Moreno*, CR20-0136-JCC, Dkt. No. 107 at 2 (W.D. Wash. 2020). The Government's investigation involved hundreds of hours of surveillance, wiretaps of multiple cell phones, more than a dozen controlled buys, at least ten multi-kilo seizures of controlled substances, and searches of several vehicles, residences, and businesses. (*Id.*) The Government has already produced over 10,000 pages of discovery, much of which is in Spanish, which requires defense counsel to work with interpreters. (*Id.* at 3.)

Trial in these two cases has already been continued to May 31, 2022, and December 6, 2021, respectively. *Rodriguez-Moreno*, CR20-0136-JCC, Dkt. No. 149 (W.D. Wash. 2021); *Villasenor*, CR20-0137-JCC, Dkt. Nos. 211, 215 (W.D. Wash. 2021).

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendants and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. In light of the number of defendants involved, the Government's allegation of multiple conspiracies, the volume of evidence, and the need for translation, this case is so complex that it is unreasonable to expect adequate preparation for pretrial motions and trial within the current deadlines. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

2. Failure to grant a continuance would deny counsel for Mr. Lerma-Jaras the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court also holds that the duration of this continuance should be excluded from Mr. Gonzalez-Torres's Speedy Trial calculation because it is "a reasonable period of delay" within the meaning of 18 U.S.C. § 3161(h)(6). *See also United States v. Messer*, 197 F.3d 330, 336–37 (9th Cir. 1999).

Accordingly, the Court ORDERS:

1. Defendant's motion (Dkt. No. 74) is GRANTED.

2. The November 8, 2021 jury trial is CONTINUED to May 31, 2022.

3. The pretrial motions deadline is CONTINUED until April 7, 2022.

4. The period from the date of this order until May 31, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A) and, with respect to Mr. Gonzalez-Torres, under 18 U.S.C. § 3161(h)(6).

DATED this 28th day of September 2021.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0146-JCC
PAGE - 3